STATE OF NEW JERSEY v. EMMA D. LYNN.

June 13, 1973. Petition for certification denied.

QUINCY OGLESBY v. AMERICAN DREDGING COMPANY.

June 13, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. ERNEST ROBINSON.

June 13, 1973. Petition for certification denied.

JOSEPHINE DWYER v. SKYLINE APARTMENTS, INC.

June 13, 1973. Petition for certification granted. (See 123 *N. J. Super.* 48).

STATE OF NEW JERSEY v. LARRY DAVIS.

June 13, 1973. Petition for certification denied.

COURT TAVERN, INC. v. BERNARD SCHRUM.

June 13, 1973. Petition for certification denied.